UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEPHEN GIANNAROS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>GABRIEL BROS, INC.,<br><br>　　　　　　　Defendant. | Case No. 1:21-cv-11591 |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Stephen Giannaros and Gabriel Bros, Inc. have reached an agreement in principle that will confidentially resolve the claims alleged in this case. Plaintiff requests the Court issue a 60-day Settlement Order of Dismissal so the parties may consummate a settlement.

Dated: December 14, 2021　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　*/s/ Jason M. Leviton*
　　　　　　　　　　　　　　　　　　Jason M. Leviton (BBO# 678331)
　　　　　　　　　　　　　　　　　　**BLOCK & LEVITON LLP**
　　　　　　　　　　　　　　　　　　260 Franklin Street, Suite 1860
　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　Phone: (617) 398-5600
　　　　　　　　　　　　　　　　　　jason@blockleviton.com

　　　　　　　　　　　　　　　　　　Kevin W. Tucker (He/Him/His)
　　　　　　　　　　　　　　　　　　Pa. No. 312144
　　　　　　　　　　　　　　　　　　Kevin J. Abramowicz
　　　　　　　　　　　　　　　　　　Pa. No. 320659
　　　　　　　　　　　　　　　　　　**EAST END TRIAL GROUP LLC**
　　　　　　　　　　　　　　　　　　6901 Lynn Way, Suite 215
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15208
　　　　　　　　　　　　　　　　　　Tel. (412) 877-5220
　　　　　　　　　　　　　　　　　　ktucker@eastendtrialgroup.com
　　　　　　　　　　　　　　　　　　kabramowicz@eastendtrialgroup.com

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed through the ECF system on this date, and that a true copy of this document will be sent to those indicated as non-registered participants on the Notice of Electronic Filing, if any, by on the same date.

Respectfully Submitted,

Dated: December 14, 2021

*/s/ Jason M. Leviton*
Jason M. Leviton